UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MARCEL DOTTIN,
                Petitioner,

v.

UNITED STATES OF AMERICA,
                Respondent.
--------------------------------------------------------------x

**ORDER**

24 CV 9319 (VB)
21 CR 757-1 (VB)

On May 19, 2025, the Court received petitioner Marcel Dottin's reply in support of his Section 2255 motion. (Doc. #102).[1] In his reply, petitioner asserts that his guilty plea was not knowing and voluntary and that he received constitutionally deficient representation in violation of the Sixth Amendment. Because petitioner did not raise these claims in his original petition (Doc. #96) or in his amended petition (Doc. #99), the government is directed to file a response to these new allegations by June 20, 2025. Petitioner's reply, if any to the government's response shall be filed by July 21, 2025.

Chambers will mail a copy of this order to petitioner at the address on the docket in case no. 24-cv-9319 (VB).

Dated: May 20, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

---

[1] "Doc. # _" refers to filings on the criminal docket, 21-cr-757-1 (VB).